No. 16,899.

COOK *v.* MCCLINTOCK ET AL.

(264 P. [2d] 857)

Decided December 21, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. JOHNSON, ROBERTSON & DANKS, for plaintiff in error.

Mr. ERVEN T. LARSON, for defendants in error.